PER CURIAM.
We grant the petition for writ of certiorari and quash the circuit court’s order prohibiting, based on religious reasons, the cutting of respondent’s hair. See Florida Dept. of Corrections v. Wilson, 594 So.2d 330 (Fla. 3d DCA 1992); sec. 945.04(1), Fla. Stat. (1995); Martinelli v. Dugger, 817 F.2d 1499 (11th Cir.1987), cert. denied, 484 U.S. 1012, 108 S.Ct. 714, 98 L.Ed.2d 664 (1988); Harris v. *226 Chapman, 97 F.3d 499 (11th Cir.1996), cert. denied, — U.S. -, 117 S.Ct. 2422, 138 L.Ed.2d 185 (1997).
DELL, GUNTHER and GROSS, JJ., concur.